**FINANCIAL INSTITUTIONS WHO HAVE FILED AGREEMENTS TO BE APPROVED**
**AS A DEPOSITORY OF TRUST ACCOUNTS AND TO PROVIDE DISHONORED CHECK REPORTS IN**
**ACCORDANCE WITH RULE 221, Pa.R.D.E.**

**New**
669 – Industrial Bank

**Name Change**
617 – Covenant Bank – Change to 238 - Citizens & Northern Bank

**Platinum Leader Change**
664 – Bank United, NA – Remove
294 – Mid Penn Bank - Remove
122 – Susquehanna Community Bank – Remove
541 – Enterprise Bank - Remove

**Correction**
664 – Bank United, NA to BankUnited, NA

**Removal**